B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Stone*Wall Farm Stallions XI, LLC**, Debtor

Case No. **3:10-bk-06410**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 377,040.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 540.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 71,619.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 377,040.00 | | |
| Total Liabilities | | | | 72,159.96 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re  Stone*Wall Farm Stallions XI, LLC
_____,
Debtor

Case No. __3:10-bk-06410__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Stone*Wall Farm Stallions XI, LLC**  Case No. __3:10-bk-06410__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Stone*Wall Farm Stallions XI, LLC**      Case No. __3:10-bk-06410__

_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | T.D. Bank<br>380 South County Road<br>Palm Beach, FL 33480<br>Acct. No. ending 1898 | - | 2,980.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                         Sub-Total >      **2,980.00**
                                                                    (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Stone*Wall Farm Stallions XI, LLC**  Case No. __3:10-bk-06410__
_____,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Stud Fees from 2010 Northern Hemisphere Nomination Purchase Agreements for the thoroughbred stallion named Da Stoops** | - | 118,700.00 |
| | | **Stud fees from 2009 Northern Hemisphere Nomination Purchase Agreements for the thoroughbred stallion named Da Stoops** | - | 5,360.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **124,060.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **Stone*Wall Farm Stallions XI, LLC**                          Case No. __3:10-bk-06410__
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Thoroughbred stallion named Da Stoops** | - | 250,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 250,000.00 |
| Total > | 377,040.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Stone*Wall Farm Stallions XI, LLC**  ,  Case No. __3:10-bk-06410__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2006 Cinncinati Capital Corp 4730 Montgomery Rd Cincinnati, OH 45212-2610 | | | Collateral allegedly secures loan from Creditor to Debtor's affiliate - Thoroughbred Stallion named Value Plus Value $ 250,000.00 | X | X | X | Unknown | Unknown |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   Stone*Wall Farm Stallions XI, LLC                                    ,   Case No.   3:10-bk-06410
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

   1    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Stone*Wall Farm Stallions XI, LLC**                              Case No. __3:10-bk-06410__
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Kentucky State Treasurer <br> 1050 US Hwy 127 South <br> Suite 100 <br> Frankfort, KY 40601 | | | sales tax | | | | 540.00 | 0.00 | 540.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  540.00   0.00   540.00

Total (Report on Summary of Schedules)  540.00   0.00   540.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Stone*Wall Farm Stallions XI, LLC**         Case No. **3:10-bk-06410**
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bluewater Sales, LLC,<br>as Receiver<br>3951 Old Frankfort Pike<br>Lexington, KY 40510 | | - | For notice only | | | | Unknown |
| Account No.<br><br>Breeders Cup<br>P.O. Box 4230<br>Lexington, KY 40544 | | - | Nomination Fee | | | | 68,637.50 |
| Account No.<br><br>Fifth Third Bank<br>c/o Mary L. Fullington, Esq.<br>Wyatt, Tarrant & Combs, LLP<br>250 W. Main Street, Ste 1600<br>Lexington, KY 40507 | | - | For notice only | | | | Unknown |
| Account No.<br><br>Sadler<br>PO Box 882<br>Versailles, KY 40383 | | - | stallion update reports | | | | 487.73 |
|   **1**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 69,125.23 |

In re **Stone*Wall Farm Stallions XI, LLC**,  Case No. **3:10-bk-06410**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Thoroughbred Times<br>PO Box 8237<br>Lexington, KY 40533 | - | | advertising stallion directory | | | | 2,494.73 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **2,494.73**

Total (Report on Summary of Schedules): **71,619.96**

B6G (Official Form 6G) (12/07)

In re  Stone*Wall Farm Stallions XI, LLC          Case No. 3:10-bk-06410
                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 4M Ranch<br>PO Box 165<br>Rochelle, TX 76872 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Love Rhythm |
| 4M Ranch<br>PO Box 165<br>Rochelle, TX 76872 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Silent Rapids |
| 4M Ranch<br>PO Box 165<br>Rochelle, TX 76872 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Just A Baroness |
| Alex Rendon<br>3001 SW 24th Ave.<br>Saint Cloud, FL 34771 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Snowy Apparition |
| Andreia Reis<br>6873 Dolce Way<br>Orlando, FL 32819 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Sandy's Shrew |
| Andreia Reis<br>6873 Dolce Way<br>Orlando, FL 32819 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Lady Academy |
| Andreia Reis<br>6873 Dolce Way<br>Orlando, FL 32819 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Queens Fort |
| Baker Brooks and<br>Joe Barbazon<br>PO Box 610<br>Williston, FL 32696 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Deux Amours |
| Beth Fayer<br>8141 NW 47th Lane<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Wouldyoutouchgold. |

5
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  Stone*Wall Farm Stallions XI, LLC          Case No. 3:10-bk-06410
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Crowne's Nest Farm<br>and Alfonso R. Arroyoulloa<br>7242 SE 12th Cir.<br>Ocala, FL 34480 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred At The Bank |
| Darcy Scudero<br>7151 NW 5th Lane<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Their Serve |
| Darsan, Inc.<br>1000 NW 93 Terrace<br>Fort Lauderdale, FL 33322 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Delicate Rose |
| Debbie Silveira<br>PO Box 397<br>Reddick, FL 32686 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Brief Sunrise |
| Dejai Ramnarayan<br>4322 Queens Blvd.<br>Sunnyside, NY 11104 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Fast Miss |
| Doris and Cornelius Link<br>PO Box 125<br>Lowell, FL 32663 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Avert Your Eyes |
| Ed Seltzer<br>290 NE Highway 41<br>Williston, FL 32696 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Dear Dorothy |
| Ed Seltzer<br>290 NE Highway 41<br>Williston, FL 32696 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Ristna (GB) |
| Herbert Schwartz<br>347 Warren Dr.<br>Woodmere, NY 11598 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred A Royal Look |
| Jena Antonucci<br>13005 NW Gainsville Rd.<br>Reddick, FL 32686 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Corredor's Wind |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Stone*Wall Farm Stallions XI, LLC**                                    Case No. __3:10-bk-06410__
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| JL Bates Corp., a FL corp.<br>3080 Troy Pike<br>Versailles, KY 40383 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Songandaflash |
| Judy King | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred First Wife |
| Kurt Heumann<br>210 Warrior Trace<br>Covington, LA 70435 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Crafty Taylor |
| Laurie Hall and<br>Ron Woody<br>9550 NW 80th Ave.<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Super Senses |
| Laurie Hall and Ron Woody<br>9550 NW 80th Ave.<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred At The Bank |
| Lisselan Farms<br>5105 NW 76th Ct.<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Rudi's Leslie |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Ask My Lawyer |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Body Talk |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred What A Cracker |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Daddy's Favorite |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Stone*Wall Farm Stallions XI, LLC**   Case No. __3:10-bk-06410__
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred Da Stoopes for the breeding of the thoroughbred Summer Rendezvous |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Geeze Louise |
| Lori Smock<br>PO Box 36<br>Andover, OH 44003 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Sarah's Image |
| Lynne Scace<br>1921 NW 100th Ave.<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Lulu Cascade |
| Marty and Carol Hershe<br>PO Box 4770<br>Ocala, FL 34478 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred I'm Successful |
| Marty Hershe<br>PO Box 4770<br>Ocala, FL 34478 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Gate Dasher |
| McLaughlin Family Ltd. Partnership<br>2727 W. ML King Blvd.<br>Suite 510<br>Tampa, FL 33607 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred American Pasha |
| Mes Stable, Inc. and Nicholas Balodimas<br>1141 E. Main St.<br>Suite 209<br>Dundee, IL 60118 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Courting Glory |
| Midwest Thoroughbreds<br>3252 S. 59th Ave.<br>Cicero, IL 60804 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Halo Victory |
| Plumley Farms<br>9453 NW Hwy 27<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Dame Sylvieguilhem |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re  Stone*Wall Farm Stallions XI, LLC                              Case No. 3:10-bk-06410
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Plumley Farms<br>9453 NW Hwy 27<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Jathiblya |
| R.C. Van Voorhees and Elizabeth Steinbech<br>8520 NW 63rd St.<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Merci |
| Robert Miller<br>9 Columbia Place<br>Parlin, NJ 08859 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Scheing E Jet |
| Ron Marano<br>8276 NW 36 St.<br>Fort Lauderdale, FL 33351 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred She's Determined |
| Savana Run Farm<br>7075 Shana's Trail<br>Port Saint Lucie, FL 34952 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Buffalo Bobbie |
| SMK Farms<br>401 Brookstown Rd.<br>Richmond, KY 40475 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Just A Daisy |
| Southern Style Sales<br>c/o Heather Larson<br>PO Box 1304<br>Hudson, NY 12534 | Nomination Purchase Agreement for the purchase of a 2009 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Stevesnaviomarine |
| SRS Racing<br>11275 SE Farm Rd 975<br>Humansville, MO 65674 | Nomination Purchase Agreement for the purchase of a 2009 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Emblitterate |
| Steve Watkins<br>479 Stringtown Rd.<br>Paris, KY 40361 | Nomination Purchase Agreement for the purchase of a 2009 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Re Lyd |
| The Covert Inc.<br>10575 NW 75th Terrace<br>Ocala, FL 34482 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred CC Loves Diamonds |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Stone*Wall Farm Stallions XI, LLC**                                     Case No. __3:10-bk-06410__
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Wendy Christ<br>9050 Southeast 7th Ave.<br>Ocala, FL 34480 | Nomination Purchase Agreement for the purchase of a 2010 Northern Hemisphere Nomination to the thoroughbred stallion Da Stoops for the breeding of the thoroughbred Euro Chic |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Stone*Wall Farm Stallions XI, LLC**  Case No. __3:10-bk-06410__
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Stone*Wall Farm Stallions XI, LLC**                Case No.   **3:10-bk-06410**
                                                     Debtor(s)        Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 13, 2010**                 Signature   /s/ Audrey Halsfield
                                                                                  Audrey Halsfield
                                                                                  Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.