UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           CASE NO. 3:10-bk-06410

STONE*WALL FARM STALLIONS XI,                    CHAPTER 11
LLC,
                                                 HEARING REQUESTED ON
           Debtor.                               AUGUST 26, 2010
_____/

### EMERGENCY MOTION FOR AUTHORITY TO
### OBTAIN DEBTOR-IN-POSSESSION FINANCING

STONE*WALL FARM STALLIONS XI, LLC (the "Debtor" or "Stonewall XI"), pursuant to 11 U.S.C. §364(b) and Federal Rules of Bankruptcy Procedure and 4001(c), files this Emergency Motion for Authority to Obtain Debtor-in-Possession Financing from Stonewall Farm Ocala, LLC ("Stonewall Ocala") not to exceed $10,000 and, in support thereof, states as follows:

### Background

1.  On July 24, 2010, (the "Petition Date") the Debtor filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  Stonewall XI is a Kentucky limited liability company, which was formed in 2006. Stonewall XI's primary asset is a stallion named Da Stoops and it is in the business of horse breeding. Stonewall XI's revenues are earned from stud fees paid to it according to breeding

contracts. Da Stoops resided on a farm in Kentucky, owned by an affiliate of the Debtor, NeverTell Farm Kentucky V, LLC, through approximately October 2009. Da Stoops is a quality stallion with a solid pedigree; however, Stonewall XI was not satisfied with Da Stoops's last breeding season in Kentucky. As a result, Stonewall XI decided to move Da Stoops to a farm owned and operated by StoneWall Ocala, an entity affiliated with the Debtor, located in Ocala, Florida (the "Ocala Farm") in the fall of 2009 in time for the 2010 breeding season. Da Stoops's number of breedings increased during the 2010 breeding season and accordingly, Da Stoops's value has increased as well.

3. The Debtor will require approximately $1,000 in funds on a monthly basis to continue operation of the business and to provide adequate care for Da Stoops. To the extent necessary, additional funds may be used to provide adequate protection to the secured creditor. Depending on the month, a greater or lesser amount will be required each comparable period thereafter. The Debtor will only use the loan proceeds on a need basis.

4. The care for Da Stoops, including food and board in the estimated costs of $80 a day, is being provided by Stonewall Ocala and Stonewall Ocala has agreed to waive any fees or administrative claim Stonewall Ocala has for this cost.

5. As of the Petition Date, the Debtor had $2,980 on hand, but the Debtor estimates that it will begin collecting accounts receivable in October.[1]

6. The Debtor has a need to borrow funds for working capital shortfalls to allow continued operation of the business and provide adequate care of Da Stoops. The Debtor does

---

[1] The Debtor has not used cash collateral and will segregate the loan proceeds from any cash collateral. Moreover, as required by the Bankruptcy Code, the Debtor will request Court approval prior to using any cash collateral.

not have sufficient cash and cash flow to fund the continued operation of its business through the use of cash collateral. The Debtor needs cash to pay the US trustee fees and professional fees as well as post-petition ordinary course expenses.

## Relief Requested

7. The Debtor seeks authority from this Court to obtain post-petition credit from Stonewall Ocala, an entity affiliated with the Debtor, in an amount not to exceed $10,000. The post-petition loan will be an unsecured loan which will be treated as a general unsecured claim without administrative priority. Stonewall Ocala has waived any right to an administrative claim for the debtor-in-possession loan.

8. Without the liquidity provided by post-petition financing, the Debtor would be unable to pay expenses that are essential to preserving and maximizing the value of the estate. The Debtor believes this financing on the terms requested by Stonewall Ocala is in the best interests of the Debtor, Debtor's estate, and its creditors because it will allow for working capital, which is necessary to sustain the operations of the Debtor's business.

**WHEREFORE,** the Debtor respectfully requests this Court enter an order granting the emergency request to obtain debtor-in-possession financing and for such other and further relief as is just and proper.

DATED this 19th day of August 2010.

> Respectfully Submitted,
>
> /s/ Jacqueline E. Ferris
> Eric S. Golden, Esq.
> Florida Bar No. 0146846
> Jacqueline E. Ferris, Esq.
> Florida Bar No. 713481
> **BURR & FORMAN, LLP**
> 450 South Orange Avenue, Suite 200
> Orlando, Florida 32801
> Phone: (407) 244-0888
> Fax: (407) 244-0889
> E-mail: egolden@burr.com
> E-mail: jferris@burr.com
> **ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **EMERGENCY MOTION FOR AUTHORITY TO OBTAIN DEBTOR-IN-POSSESSION FINANCING**, has been furnished by electronic mail, facsimile and/or by U.S. First Class, postage prepaid mail to: Stonewall Farm Ocala LLC, 800 SW 85th Avenue, Ocala, Florida 34481; the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and to the parties on the attached matrix, this 19th day of August 2010.

> /s/ Jacqueline E. Ferris
> Jacqueline E. Ferris, Esquire

Label Matrix for local noticing
113A-3
Case 3:10-bk-06410-JAF
Middle District of Florida
Jacksonville
Thu Aug 19 15:04:09 EDT 2010

Fifth Third Bank, an Ohio Banking Corporatio
250 West Main Street, Suite 100
Lexington, KY 40507-1714

Stone*Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383-9740

United States Bankruptcy Court
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202-4267

4M Ranch
PO Box 165
Rochelle, TX 76872-0165

Alex Rendon
3001 SW 24th Ave.
Saint Cloud, FL 34771

Andreia Reis
6873 Dolce Way
Orlando, FL 32819-5517

Audrey Haisfield
725 North Lake Way
Palm Beach, FL 33480-3309

Baker Brooks and
Joe Barbazon
PO Box 610
Williston, FL 32696-0610

Beth Fayer
8141 NW 47th Lane
Ocala, FL 34482-2006

Bluewater Sales, LLC
as Receiver
3951 Old Frankfort Pike
Lexington, KY 40510-9622

Breeders Cup
P.O. Box 4230
Lexington, KY 40544-4230

Cinncinati Capital Corp
4730 Montgomery Rd
Cincinnati, OH 45212-2610

Crowne's Nest Farm
and Alfonso R. Arroyoulloa
7242 SE 12th Cir.
Ocala, FL 34480-6650

Darcy Scudero
7151 NW 5th Lane
Ocala, FL 34482-4489

Darsan, Inc.
1000 NW 93 Terrace
Fort Lauderdale, FL 33322-4920

Debbie Silveira
PO Box 397
Reddick, FL 32686-0397

Dejai Ramnarayan
4322 Queens Blvd.
Sunnyside, NY 11104-4610

Doris and Cornelius Link
PO Box 125
Lowell, FL 32663-0125

Ed Seltzer
290 NE Highway 41
Williston, FL 32696-7231

Eric S. Golden
Burr & Forman LLP
450 South Orange Avenue Suite 200
Orlando, FL 32801-3385

Fifth Third Bank, an Ohio Banking Corporatio
c/o Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 100
Lexington, Kentucky 40507-1714

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Herbert Schwartz
347 Warren Dr.
Woodmere, NY 11598-2436

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JL Bates Corp., a FL corp.
3080 Troy Pike
Versailles, KY 40383-8903

Jena Antonucci
13005 NW Gainsville Rd.
Reddick, FL 32686-3948

Judy King
Kurt Heumann
210 Warrior Trace
Covington, LA 70435-8815

Kentucky State Treasurer
1050 US Hwy 127 South
Suite 100
Frankfort, KY 40601-4326

Kurt Heumann
210 Warrior Trace
Covington, LA 70435-8815

| | | |
|---|---|---|
| Laurie Hall and<br>Ron Woody<br>9550 NW 80th Ave.<br>Ocala, FL 34482-1102 | Lisselan Farms<br>5105 NW 76th Ct.<br>Ocala, FL 34482-8044 | Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668-3445 |
| Lori Smock<br>PO Box 36<br>Andover, OH 44003-0036 | Lynne Scace<br>1921 NW 100th Ave.<br>Ocala, FL 34482-2553 | Marty Hershe<br>PO Box 4770<br>Ocala, FL 34478-4770 |
| Marty and Carol Hershe<br>PO Box 4770<br>Ocala, FL 34478-4770 | McLaughlin Family Ltd.<br>Partnership<br>2727 W. ML King Blvd.<br>Suite 510<br>Tampa, FL 33607 | Mes Stable, Inc. and<br>Nicholas Balodimas<br>1141 E. Main St.<br>Suite 209<br>Dundee, IL 60118-2440 |
| Midwest Thoroughbreds<br>3252 S. 59th Ave.<br>Cicero, IL 60804-3860 | Nevertell Farm Kentucky V LL<br>3024 Midway Rd<br>Versailles, KY 40383 | Plumley Farms<br>9453 NW Hwy 27<br>Ocala, FL 34482-3823 |
| R.C. Van Voorhees and<br>Elizabeth Steinbech<br>8520 NW 63rd St.<br>Ocala, FL 34482-2044 | Reese Henry<br>400 E Main Street<br>Aspen, CO 81611-2943 | Robert Miller<br>9 Columbia Place<br>Parlin, NJ 08859-1003 |
| Ron Marano<br>8276 NW 36 St.<br>Fort Lauderdale, FL 33351-6142 | SMK Farms<br>401 Brookstown Rd.<br>Richmond, KY 40475-9222 | SRS Racing<br>11275 SE Farm Rd 975<br>Humansville, MO 65674 |
| Sadler<br>PO Box 882<br>Versailles, KY 40383-0882 | Savana Run Farm<br>7075 Shana's Trail<br>Port Saint Lucie, FL 34952-2711 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Southern Style Sales<br>c/o Heather Larson<br>PO Box 1304<br>Hudson, NY 12534-0316 | Steve Watkins<br>479 Stringtown Rd.<br>Paris, KY 40361-9341 | Stone Wall Acquisition, LLC<br>4730 Montgomery Road<br>Cincinnati, Ohio 45212-2610 |
| Stone Wall Acquisition, LLC<br>c/o Ellen M Sharp<br>Lexington Financial Center<br>250 West Main Street, Ste 2800<br>Lexington, KY 40507-1714 | Stone*Wall Farm Stallions LL<br>3024 Midway Rd<br>Versailles, KY 40383 | The Covert Inc.<br>10575 NW 75th Terrace<br>Ocala, FL 34482 |
| Thoroughbred Times<br>PO Box 8237<br>Lexington, KY 40533-8237 | U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-3235 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |

```
United States Trustee               United States Trustee - JAX 11      Wendy Christ
c/o Elena L. Escamilla              135 W Central Blvd, Suite 620       9050 Southeast 7th Ave.
135 W. Central Blvd. Suite 620      Orlando, FL 32801-2440              Ocala, FL 34480-7202
Orlando, FL 32801-2440


Eric S Golden
Burr & Forman LLP
450 South Orange Avenue
Suite 200
Orlando, FL 32801-3385
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Stone Wall Acquisition, LLC      (d)Laurie Hall and Ron Woody        (u)Overall Thoroughbreds, LLC
                                    9550 NW 80th Ave.                   3204 Midway Road
                                    Ocala, FL 34482-1102                Versai


(u)Richard Haisfield                (d)Stone*Wall Farm Stallions XI, LLC    End of Label Matrix
725 North Lake Way                  3204 Midway Road                        Mailable recipients    63
Palm Beach, F                       Versailles, KY 40383-9740               Bypassed recipients     5
                                                                            Total                  68
```