UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 10-bk-6410-3F1

IN RE:

Stone*Wall Farm Stallions XI, LLC

_____Debtor(s)_____

ORDER SETTING ASIDE ORDER STRIKING AMENDED SCHEDULES B, G,
AND AMENDED STATEMENT OF FINANCIAL AFFAIRS

This case came on for consideration upon the Court's own motion. On September 30, 2010, the Court entered an Order Striking Amended Schedules B, G, and Amended Statement of Financial Affairs in this case. Review of the file indicates that the Debtor did sign the Amended Schedules B, G, and Amended Statement of Financial Affairs, therefore the signature of Debtor's Attorney was not required.

**It is ORDERED**:

The Order Striking Amended Schedules B, G, and Amended Statement of Financial Affairs is set aside.

**DATED October 4, 2010,** at Jacksonville, Florida.

JERRY A. FUNK
**United States Bankruptcy Judge**

Copies furnished to:
Debtor
Debtor's Attorney
Trustee