UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
STONE*WALL FARM STALLIONS, XI, LLC,
et al.,

Debtors.
_____/

APPLICABLE DEBTORS: Stone*Wall Farm Stallions XI, LLC (3:10-bk-06410-JAF) and Stone*Wall Farm Stallions IV, LLC (3:10-bk-06411-JAF)

Case No.: 3:10-bk-06410-JAF
3:10-bk-06411-JAF
3:10-bk-06418-JAF
3:10-bk-06984-JAF

Chapter 11

Jointly Administered Under Case No. 3:10-bk-06410

## ORDER GRANTING AMENDED MOTIONS FOR APPROVAL OF AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE came before the Court on the Amended Motions for Approval of Agreement Relating to Relief from the Automatic Stay (the "Motions") filed by Debtors, Stone*Wall Farm Stallions XI, LLC ("Stonewall XI") (Dkt. No. 75 in case number 10-bk-6410) and Stone*Wall Farm Stallions IV, LLC ("Stonewall IV") (Dkt. No. 72 in case number 10-bk-6411). The Motions were served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within fifteen (15) days of the Motions being entered on the docket. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed. Upon consideration of the Motions and that it is unopposed, it is

**ORDERED:**

The Motions are **GRANTED**.

DONE AND ORDERED October 13, 2010 in Jacksonville, Florida

JERRY A. FUNK
United States Bankruptcy Judge

11441 v1

Copies to:

Eric S. Golden, Esq.
Burr & Forman, LLP
450 S. Orange Avenue, Suite 200
Orlando, FL 32801
Attorneys for Debtors

Elena L. Escamilla
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Local Rule 1007-2 Parties-in-Interest