UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STONE*WALL FARM STALLIONS XI, LLC, et al.

Debtors.

CASE NO. 3:10-bk-06410
(Jointly Administered)

Chapter 11

Judge Jerry A. Funk

# MOTION TO APPROVE AGREEMENT
# RELATING TO THE AUTOMATIC STAY

Come Stone Wall Acquisition, LLC, ultimate assignee of Harleysville National Bank ("SWA"), and Nevertell Farm Kentucky V, LLC, Stone*Wall Farm Stallions IV, LLC, Stone*Wall Farm Stallions XI, LLC and Stone*Wall Farm Stallions, LLC (collectively, the "Debtors"), by and through counsel, pursuant to Rule 4001(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully move this Court for entry of an Agreed Order resolving SWA's Emergency Motion for Relief from the Automatic Stay and Order Abandoning Property [Docket No. 39] (the "Stay Relief Motion") and related matters. In support of this motion (the "Motion"), SWA respectfully represents as follows:

**Procedural Background**

1.  On July 24, 2010 (the "Petition Date"), Stone*Wall Farm Stallions IV, LLC and Stone*Wall Farm Stallions XI, LLC, filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On July 25, 2010, Nevertell Farm Kentucky V, LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

On August 11, 2010, Stone*Wall Farm Stallions, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On September 14, 2010, this Court entered an Order granting joint administration of the Debtors' cases [Docket No. 71].

3. Since the Petition Dates, the Debtors have continued in possession of their property and have continued to operate and manage their businesses, as debtors in possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. No request has been made for the appointment of a trustee or examiner and no Committee of Unsecured Creditors has been formed.

**Relief Requested**

6. On August 15, 2010, SWA filed the Stay Relief Motion, seeking relief from the automatic stay with respect to certain real property owned by Nevertell and located in Versailles, Kentucky, as more fully described in the Stay Relief Motion (the "Property").

7. Since August 15, 2010, the parties have been engaged in negotiations toward an amicable resolution of the Stay Relief Motion, and in order to facilitate those negotiations, the parties continued the hearing on the Stay Relief Motion, which was originally scheduled for September 7, 2010, until September 30, 2010 at 3:30 p.m.

8. On September 30, 2010, prior to the hearing on the Stay Relief Motion, the parties were able to reach a final agreement as to the resolution thereof, and of certain related matters. SWA hereby requests that this Court approve the parties' agreement as set forth below.

9. The agreement reached by the parties resolving the Stay Relief Motion and related matters including, but not limited to, matters involving non-debtor parties, is attached hereto as Exhibit A and incorporated herein by reference. Such agreement provides, in substantive part, that:

- A. SWA is granted immediate relief from the automatic stay afforded Nevertell Farm Kentucky V, LLC ("Nevertell") pursuant 11 U.S.C. §362(a) so that SWA may immediately exercise all its *in rem* rights with respect to the Property;

- B. SWA is further granted relief from the automatic stay afforded Nevertell, Stone*Wall Farm Stallions IV, LLC, Stone*Wall Farm Stallions XI, LLC and Stone*Wall Farm Stallions, LLC (collectively, the "Debtors"), pursuant to 11 U.S.C. § 362(a), so that SWA may immediately exercise its rights and remedies with respect to all accounts, contract rights, accounts receivable and similar rights and claims as more fully described in the loan documents evidencing the Loan (the "Accounts Receivable"). The Accounts Receivable are further abandoned pursuant to 11 U.S.C. §554 (a) and/or (b);

- C. Nevertell has agreed to execute and deliver, and as soon as may be practicable after entry hereof shall execute and deliver, to SWA a deed in lieu of foreclosure and related agreements relating to the Property, deemed necessary or desirable by SWA to transfer the Property to SWA in lieu of foreclosure; Audrey Haisfield has separately agreed to execute and deliver, and as soon as may be practicable after execution hereof shall execute and deliver, to SWA a deed in lieu of foreclosure and related agreements relating to the certain property owned by her located in Versailles, Kentucky contiguous to the Property (collectively, the "Deeds").

- D. In consideration for and in exchange for the Deeds, SWA shall (i) credit the sum of $8,000,000.00 against the amounts due under the Loan on account of the Property and (ii) partially release its judgment lien(s) of record in Book 24020, Page 910, of the Official Records of Palm Beach County, Florida, insofar, and only insofar, as it relates to the following real property: Lots 101, 102, 103 and 104, MARK RAFALSKY TRACT, a subdivision according to the Plat thereof, recorded in Plat Book 11, Page 51, of the Public Records of Palm Beach County, Florida.

10. SWA and the Debtors believe that the portion of the agreement between the parties as set forth above is in the best interests of the Debtors and their estates and SWA, and

3

hereby respectfully request that this Court enter an Order approving the agremeent attached hereto as <u>Exhibit B</u> and incorporated herein by reference.

WHEREFORE, Stone Wall Acquisition, LLC and the Debtors respectfully pray that the Court enter an the attached Agreed Order Resolving the Stay Relief Motion and related matters, and grant the parties such other and further relief as may be appropriate under the circumstances.

Dated:  October 18, 2010.

<div style="margin-left: 3em;">
Respectfully submitted,

FROST BROWN TODD LLC

/s/ Ellen M. Sharp
Ellen M. Sharp, Esq.
Florida Bar No. 0070616
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: esharp@fbtlaw.com

-and-

Martin B. Tucker, Esq.
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: mtucker@fbtlaw.com
*Attorneys for Creditor,*
*Stone Wall Acquisition, LLC*
</div>

AND

BURR & FORMAN, LLP

/s/ Eric S. Golden
Eric S. Golden, Esq.
Florida Bar No. 0146846
Jacqueline E. Ferris, Esq.
Florida Bar No. 713481
450 South Orange Avenue, Suite 200
Orlando, Florida 32801
Phone: (407) 244-0888
Fax: (407) 244-0889
E-mail: egolden@burr.com
E-mail: jferris@burr.com
*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on this the 18th day of October via this Court's CM/ECF noticing system on all parties receiving electronic notice in this case, and via regular U.S. Mail, postage pre-paid, upon the parties listed on the attached mailing matrix.

/s/ Ellen M. Sharp

| | | |
|---|---|---|
| 4M Ranch<br>PO Box 165<br>Rochelle, TX 76872 | ABR Construction, Inc.<br>Christian Ach, Reg. Agent<br>555 West Fourth Street<br>Lexington, KY 40508 | Alltel<br>PO Box 9001908<br>Louisville, KY 40298 |
| AM Leonard<br>241 Fox Drive<br>Piqua, OH 45356 | Andreia Reis<br>6873 Dolce Way<br>Orlando, FL 32819 | Arian Haxhillali<br>1610 Eddie Street<br>Apt #9<br>Sulphur, LA 70663 |
| Audrey Haisfield<br>725 North Lake Way<br>Palm Beach, FL 33480 | Baker Brooks and<br>Joe Barbazon<br>PO Box 610<br>Williston, FL 32696 | Beth Fayer<br>8141 NW 47th Lane<br>Ocala, FL 34482 |
| Bluewater Sales, LLC<br>as Receiver<br>3951 Old Frankfort Pike<br>Lexington, KY 40510 | Bluewater Sales, LLC<br>c/o Ellen Arvin Kennedy, Esq.<br>250 West Main Street, Suite 1400<br>Lexington, KY 40507 | Breeders Cup<br>P.O. Box 4230<br>Lexington, KY 40544 |
| Breeders Cup Live Foal<br>PO Box 4230<br>Lexington, KY 40544 | Brian S. Dance<br>105 Amberwood Dr<br>Longwood, FL 32779 | Brian Spencer<br>PO Box 473<br>Mount Sterling, KY 40353 |
| Bright Pages<br>PO Box 15132<br>Wilmington, DE 19850 | Brisnet<br>PO Box 4097<br>Lexington, KY 40544 | Cables Home Furnishings<br>PO Box 426<br>Versailles, KY 40383 |
| Caglestone Farm<br>433 Ironworks Pike<br>Paris, KY 40361 | Charles Merrick, III<br>PO Box 408<br>Brooklandville, MD 21022 | Christine Connelly<br>39 Route 545<br>Chesterfield, NJ 08515 |
| Chrysler Financial<br>PO Box 900921<br>Louisville, KY 40290 | Chrysler Financial Services<br>c/o Bert Echols<br>88 Union Ave., Ste. 700<br>Memphis, TN 38103 | Chrysler Financial Services Americas LLC<br>Trustee Lockbox<br>P.O. Box 9001897<br>Louisville, KY 40290-1897 |
| Cincinnati Capital Corp<br>4730 Montgomery Rd<br>Cincinnati, OH 45212-2610 | Cincinnati Capital Corporation<br>c/o Ellen M. Sharp, Esq.<br>Frost Brown Todd LLC<br>250 W. Main St., Ste. 2800<br>Lexington, KY 40507 | Citibank South Dakota NA<br>4740 121st St<br>Urbandale, IA 50323 |
| Craig A. Van Balen DVM PLLC<br>dba Van Balen Equine Assoc.<br>c/o D. Barry Stilz, Esq.<br>301 East Main St., Ste. 800<br>Lexington, KY 40507 | Darsan, Inc.<br>1000 NW 93 Terrace<br>Fort Lauderdale, FL 33322 | Deanna Manfredi<br>1610 Neward Rd.<br>Kennett Square, PA 19348 |

Debbie Silveira
PO Box 397
Reddick, FL 32686

Dejai Ramnarayan
9583 NW 115th Ave.
Ocala, FL 34482

Dickey Shrum
c/o Whispering Oaks Farm
425 Hume Bedford Rd
Paris, KY 40361

Doris and Cornelius Link
PO Box 125
Lowell, FL 32663

Electronic Design
PO Box 11576
Lexington, KY 40516

Emerald Pastures
9489 NW Hwy 225-A
Ocala, FL 34482

Equine Medical Center
10542 Walker St.
Cypress, CA 90630

Eric S. Golden
Burr & Forman LLP
450 South Orange Avenue
Suite 200
Orlando, FL 32801

Ernie Oare
4 South 4th St.
Warrenton, VA 20186

Farm Plan
PO Box 4450
Carol Stream, IL 60197

Farmers National Bank
PO Box 28
Danville, KY 40423

FedEx
PO Box 371461
Pittsburgh, PA 15250

Fifth Third Bank, an Ohio
Banking Corporation
250 West Main Street, Suite 100
Lexington, KY 40507

Fifth Third Bank, an Ohio Banking Corporation
c/o Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 100
Lexington, Kentucky 40507-1746

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Haisfield Ventures, LP
11888 Lake Shores Place
North Palm Beach, FL 33408

Hammond Communications
173 Trade St.
Lexington, KY 40511

Hands On Original
990 W New Circle Rd
Lexington, KY 40511

Harold Plumley
9453 NW Hwy 27
Ocala, FL 34482

Hartland Propane
151 Means Dr
Nicholasville, KY 40356

Horse Cents
199 Markham Dr
Versailles, KY 40383

Hunt Club Bedding
PO Box 13587
Greensboro, NC 27415

Impact
333 W Vine St
Suite 500
Lexington, KY 40507

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jacqueline E Ferris
Burr & Forman LLP
450 S Orange Avenue
CNL Tower 1, Suite 200
Orlando, FL 32801

James Herbener
583 Shopshire Lane
Georgetown, KY 40324

James Kelly
9004 Pine Lake
Louisville, KY 40220

Jena Antonucci
13005 NW Gainsville Rd.
Reddick, FL 32686

JL Bates Corp., a FL corp.
3080 Troy Pike
Versailles, KY 40383

| | | |
|---|---|---|
| Jockey Club Information Syst<br>321 Corporate Dr<br>Lexington, KY 40503 | Keeneland<br>PO Box 1690<br>Lexington, KY 40507 | Kentucky State Treasurer<br>1050 US Hwy 127 South<br>Suite 100<br>Frankfort, KY 40601 |
| KTOB<br>4079 Iron Works Pike<br>Lexington, KY 40511 | Kentucky Utilities a/k/a KU<br>Revenue Collection Department<br>One Quality Street, 5th Floor<br>Lexington, KY 40507 | Kurt Heumann<br>210 Warrior Trace<br>Covington, LA 70435 |
| Laurie Hall and Ron Woody<br>9550 NW 80th Ave.<br>Ocala, FL 34482 | Laurie Hickman<br>3143 Parkside Drive<br>Batavia, OH 45103 | Lisselan Farms<br>5105 NW 76th Ct.<br>Ocala, FL 34482 |
| Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668 | Lori Smock<br>PO Box 36<br>Andover, OH 44003 | Lowe's Business Account<br>PO Box 530970<br>Atlanta, GA 30353 |
| Machmer Hall<br>2311 Winchester Rd<br>Paris, KY 40361 | Marty and Carol Hershe<br>PO Box 4770<br>Ocala, FL 34478 | McCauley Bros., Inc.<br>PO Box 604<br>111 Broadway<br>Versailles, KY 40383 |
| McCauley's<br>PO Box 604<br>Versailles, KY 40383 | McLaughlin Family Ltd.<br>Partnership<br>2727 W. ML King Blvd.<br>Suite 510<br>Tampa, FL 33607 | Midwest Thoroughbreds<br>3252 S. 59th Ave.<br>Cicero, IL 60804 |
| Muirfield Insurance, Inc.<br>1019 Majestic Drive<br>Suite 310<br>Lexington, KY 40513 | Murray Smith<br>12520 NW Hwy 464B<br>Ocala, FL 34482 | Nagako Fujita<br>1650 Clintonville Rd.<br>Paris, KY 40361 |
| NeverTell Farm Kentucky IV, LLC<br>3204 Midway Road<br>Versailles, KY 40383 | NeverTell Farm Kentucky V, LLC<br>3204 Midway Road<br>Versailles, KY 40383 | Norman Houston<br>697 Wilked Rd.<br>Adel, GA 31620 |
| Northeast Woodford Water District<br>225 A. South Main Street<br>Versailles, KY 40383 | Overall Thoroughbreds LLC<br>3204 Midway Rd<br>Versailles, KY 40383 | Paychex<br>13400 Eastpoint Center Dr<br>Suite 145<br>Louisville, KY 40223 |
| Pitney Bowes Global Serv Inc<br>PO Box 856390<br>Louisville, KY 40285 | Platinum Classic<br>Investments, Inc.<br>271 Plantation Rd.<br>Palm Beach, FL 33480 | Promotions Plus of Kentucky,<br>LLC d/b/a Team One<br>c/o Bobby Brassine, Reg. Agent<br>981 Primrose Ct.<br>Lexington, KY 40511 |

Purchase Power
P.O. Box 856042
Louisville, KY 40285

R.C. Van Voorhees and
Elizabeth Steinbech
8520 NW 63rd St.
Ocala, FL 34482

Rawton, Inc.
PO Box 1553
Lexington, KY 40588

Reese Henry & Company, Inc.
400 E. Main Street
Aspen, CO 81611

Richard Haisfield
725 North Lake Way
Palm Beach, FL 33480

Robert Miller
9 Columbia Place
Parlin, NJ 08859

Ronald Treadway
4180 Millersburg Rd.
Gambier, OH 43022

Sadler, LLC
PO Box 882
Versailles, KY 40383

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220

Shady Nook Farm
1375 Rose Lane
Versailles, KY 40383

Shirk & Mejia, LLP
Attorneys at Law
115 South State Street
Ephrata, PA 17522-2412

Shirley McQuillan
Touchstone Farm Associates
3527 Pisgah Pike
Versailles, KY 40383

Simon Yu
50 Seacrest CT
Half Moon Bay, CA 94019

SMK Farms
401 Brookstown Rd.
Richmond, KY 40475

Southern Style Sales
c/o Heather Larson
PO Box 1304
Hudson, NY 12534

SRS Racing Stables, LLC
11275 SE Farm Rd. 975
Humansville, MO 65674

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368-9020

Steve Watkins
479 Stringtown Rd.
Paris, KY 40361

Stone Wall Acquisition, LLC
4730 Montgomery Road
Cincinnati, Ohio 45212

Stone Wall Acquisition, LLC
c/o Ellen M Sharp
Lexington Financial Center
250 West Main Street, Ste 2800
Lexington, KY 40507

Stone Wall Farm Stallions, LLC
3204 Midway Road
Versailles, KY 40383

Stone Wall Farm Stallions IV, LLC
3204 Midway Road
Versailles, KY 40383

Stone Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383

Stonereath Farms
PO Box 610
Parris, KY 40361

Sunbelt Rentals, Inc.
c/o CT Corporation System,
as Registered Agent
4169 Westport Rd.
Louisville, KY 40207

Tara Helman
13651 US Hwy 301
Citra, FL 32113

Taylor Made Sales
2765 Union Mill Road
Nicholasville, KY 40356

The Covert Inc.
10575 NW 75th Terrace
Ocala, FL 34482

The Elkstone Group
11 Summit Lane
Wilmington, DE 19807

The Farm Clinic, Inc.
932 Robinson Street|
West Lafayette, IN 47906

| | | |
|---|---|---|
| The Jockey Club Information<br>821 Corporate Drive<br>Lexington, KY 40503-2794 | Thomas Croley<br>3133 SW 32nd Ave.<br>Ocala, FL 34474 | Thoroughbred Times<br>PO Box 8237<br>Lexington, KY 40533 |
| Thorp Reed<br>301 Grant St, 14th Floor<br>Pittsburgh, PA 15219 | Tom Evans<br>3065 Lexington Rd.<br>Versailles, KY 40383 | Tom Haughey<br>201 Colhurst Dr.<br>Charlottesville, VA 22901 |
| Tony Guida<br>4600 Old Sligo Rd<br>La Grange, KY 40031 | Tractor Supply Company<br>PO Box 689020<br>Des Moines, IA 50368 | True Nicks<br>3101 Beaumont Centre Cir.<br>Lexington, KY 40513 |
| U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-1323 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4270 | United States Bankruptcy Court<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202 |
| United States Trustee - JAX 11<br>135 W Central Blvd, Suite 62<br>Orlando, FL 32801 | United States Trustee<br>c/o Elena Escamilla<br>135 W. Central Blvd., Ste. 620<br>Orlando, FL 32801 | US Treasury<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220 |
| Werk Thoroughbred<br>Consultants, Inc.<br>PO Box 1926<br>Fremont, CA 94538 | Wicklife Veterinary Pharmacy<br>148-150 Jefferson Street<br>Lexington, KY 40508 | Willow Rock Stables<br>28 Sage Lane<br>Glenmont, NY 12077 |
| Woodford County Clerk<br>103 South Main Street<br>Versailles, KY 40383 | Woodford Excavation<br>PO Box 122<br>Versailles, KY 40383 | Zimmerman Farms, LLC<br>1999 North Geneva Rd<br>Provo, UT 84601 |