# AGREEMENT

WHEREAS, Stone Wall Acquisition, LLC ("SWA") previously filed an Emergency Motion (the "Motion")[1] for Relief from the Automatic Stay and Order Abandoning Property [Docket No. 39]; and certain of the Debtors (defined below) having filed response(s) in opposition thereto; and

WHEREAS, on September 30, 2010, prior to the continued hearing on the Motion, SWA, Nevertell Farm Kentucky V, LLC, Stone*Wall Farm Stallions XI, LLC, Stone*Wall Farm Stallions IV, LLC and Stone*Wall Farm Stallions, LLC (collectively, the "Debtors"), were able to reach a final agreement as to the resolution thereof and of certain related matters as set forth below;

NOW, THEREFORE, in consideration of the promises, covenants and representations contained herein, the parties hereby agree, intending to be legally bound, as follows:

1. The parties agree to entry of an Order granting the Motion in its entirety subject to the terms and conditions hereof.

2. SWA shall be granted immediate relief from the automatic stay afforded Nevertell Farm Kentucky V, LLC pursuant 11 U.S.C. §362(a) so that SWA may immediately exercise all its *in rem* rights with respect to the Property as set forth in this Agreement.

3. SWA shall be further granted relief from the automatic stay afforded the Debtors, pursuant to 11 U.S.C. § 362(a), so that SWA may immediately exercise its rights and remedies with respect to all accounts, contract rights, accounts receivable and similar rights and claims as more fully described in the loan documents evidencing the Loan (the "Accounts Receivable").

4. The Accounts Receivable shall be further abandoned pursuant to 11 U.S.C. §554 (a) and/or (b).

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

5. Nevertell Farm Kentucky V, LLC has agreed to execute and deliver, and as soon as may be practicable (an in any event after approval of this Agreement by the Bankruptcy Court) shall deliver, to SWA a deed in lieu of foreclosure and related agreement(s) regarding the Property, to transfer said Property to SWA in lieu of foreclosure.

6. Audrey Haisfield has agreed to execute and deliver, and as soon as may be practicable after execution hereof shall execute and deliver, to SWA a deed in lieu of foreclosure and related agreement(s) relating to certain real property owned by her and located at or contiguous to the Property in Midway, Kentucky.

7. In consideration for and in exchange for the aforementioned deeds, SWA shall (i) credit the sum of $8,000,000.00 against the amounts due under the Loan on account of the Property and the property owned by Audrey Haisfield referenced above and (ii) partially release its judgment lien(s) of record in Book 24020, Page 910, of the Official Records of Palm Beach County, Florida, insofar, and only insofar, as it relates to the following real property: Lots 101, 102, 103 and 104, MARK RAFALSKY TRACT, a subdivision according to the Plat thereof, recorded in Plat Book 11, Page 51, of the Public Records of Palm Beach County, Florida.

**[SPACE LEFT INTENTIONALLY BLANK; SIGNATURES ON FOLLOWING PAGE]**

The parties have caused this Agreement to be duly executed and delivered as of October 13, 2010.

**NEVERTELL FARM KENTUCKY V, LLC**

By: /s/ Richard Haisfield

Its: Richard Haisfield, Manager of Haisfield Management, LLC, Managing Partner of Haisfield Ventures, LP, its Sole Owner

**STONE*WALL FARM STALLIONS IV, LLC**

By: /s/

Its: Managing Member

**STONE*WALL FARM STALLIONS XI, LLC**

By: /s/

Its: Managing Member

**STONE*WALL FARM STALLIONS, LLC**

By: /s/

Its: Managing Member

/s/ Richard Haisfield
**RICHARD HAISFIELD**

/s/ Audrey Haisfield
**AUDREY HAISFIELD**

**STONE WALL ACQUISITION, LLC**

By: _____

Its: _____

The parties have caused this Agreement to be duly executed and delivered as of October 13, 2010.

NEVERTELL FARM KENTUCKY V, LLC

By: _____

Its: _____


STONE*WALL FARM STALLIONS IV, LLC

By: _____

Its: _____


STONE*WALL FARM STALLIONS XI, LLC

By: _____

Its: _____


STONE*WALL FARM STALLIONS, LLC

By: _____

Its: _____



_____
RICHARD HAISFIELD


_____
AUDREY HAISFIELD


STONE WALL ACQUISITION, LLC

By: _____[signature]_____

Its: _Managing Member_