# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**STONE\*WALL FARM STALLIONS, XI, LLC, et al.,**

**Debtors.**

_____/

Case No.:   **3:10-bk-06410-JAF**
           **3:10-bk-06411-JAF**
           **3:10-bk-06418-JAF**
           **3:10-bk-06984-JAF**

**Chapter 11**

APPLICABLE DEBTOR
NeverTell Farm Kentucky V, LLC:
(Case No. 3:10-bk-06418-JAF )

**Jointly Administered Under Case No. 3:10-bk-06410**

## JOINT MOTION FOR APPROVAL OF AGREEMENT BETWEEN THE DEBTOR AND THE FARMERS NATIONAL BANK OF DANVILLE, KENTUCKY, RELATING TO RELIEF FROM THE AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 15 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on the Debtor's attorney, Eric S. Golden, Esquire, Burr & Forman, LLP, 450 S. Orange Avenue, Suite 200, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, NEVERTELL FARM KENTUCKY V, LLC ("NeverTell" or the "Debtor") as debtor and debtor-in-possession, and creditor, The Farmers National Bank of Danville, Kentucky ("FNB"), by and through their undersigned counsel and pursuant to 11 U.S.C. § 362 and Federal Rule of Bankruptcy Procedure 4001(d)(1), hereby file this Joint Motion for Approval of Agreement Between the Debtor and The Farmers National Bank of Danville, Kentucky, Relating

to Relief from the Automatic Stay (the "Joint Motion") and in support thereof, respectfully state as follows:

1.      On July 25, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. § 1408.

3.      No trustee or examiner has been appointed and no official committees have been formed.

4.      On August 2, 2007, NeverTell executed and delivered to FNB a Promissory Note (the "Note") in the amount of $3,160,000.00 (the "Loan").

5.      Contemporaneously with the execution of the Note, on August 2, 2007, NeverTell executed and delivered to FNB a Mortgage as security for the Note ("Mortgage"). The Mortgage was recorded in Mortgage Book 558 at Page 01 of the Public Records in and for Woodford County, Kentucky. The Mortgage encumbers certain real property located in Woodford County, Kentucky, consisting of 112.781 acres located on Aiken Road, Versailles, Woodford County, Kentucky and more particularly described in the attached **Exhibit A** (the "Aiken Road Property").

6.      On August 2, 2008, NeverTell executed and delivered to FNB a Multipurpose Note and Security Agreement which was a renewal of the Note (the "Renewal Note") in the amount of $3,093,449.19. The Renewal Note is also secured by the Mortgage.

7.      On November 30, 2009, NeverTell executed and delivered to FNB a Modification, Extension, Change in Terms Agreement (the "Modification" and together with the Note, the Mortgage, the Renewal Note and all other documents and agreements that refer to or

evidence the Loan, the "Loan Documents"). The Modification extended the term of the Renewal Note.

8. FNB filed a proof of claim in the amount of $3,216,213.12 (the "Claim").

9. As set forth on the attached **Exhibit B**, the Debtor and FNB have agreed to resolve their disputes relating to the Claim and the Loan Documents as follows:

(i) that the automatic stay will be terminated;

(ii) upon termination of the stay, NeverTell will execute a deed in-lieu of foreclosure conveying the Aiken Road Property to FNB;

(iii) FNB will withdraw its Claim or alternatively, will agree to entry of an order denying its Claim;

(iv) FNB will release the Debtor and any other parties obligated under the Loan Documents, including any Guarantors who executed guarantees of the Loan (collectively, the "Obligors") from their obligations under the Loan Documents, and agree not to seek any monetary recovery, whether for deficiency (if there is or would be a deficiency) or otherwise against any of the Obligors.

7. Entering into the attached agreement with FNB is in the best interests of the Debtor, its estate and its creditors.

8. The Debtor and FNB request that this Court enter an Order in the form attached hereto as **Exhibit C** granting this Motion.

WHEREFORE, the Debtor, NeverTell Farm Kentucky V, LLC, and The Farmers National Bank of Danville, Kentucky respectfully request that this Court enter an Order granting this Motion and that it grant such other and further relief as is just and proper.

Dated this 18th day of October 2010.

Respectfully submitted,

/s/ Eric S. Golden
Eric S. Golden, Esq.
Florida Bar No. 0146846
**BURR & FORMAN, LLP**
450 South Orange Avenue, Suite 200
Orlando, Florida 32801
Phone: (407) 244-0888
Fax: (407) 244-0889
E-mail: egolden@burr.com
E-mail: jferris@burr.com

**ATTORNEYS FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2010, a true copy of the foregoing has been furnished via electronic mail using the Court's CM/ECF system, or by U.S. First Class, postage prepaid mail to the parties on the attached matrix.

/s/ Eric S. Golden
Eric S. Golden, Esq.

4M Ranch
PO Box 165
Rochelle, TX 76872

ABR Construction, Inc.
Christian Ach, Reg. Agent
555 West Fourth Street
Lexington, KY 40508

Alltel
PO Box 9001908
Louisville, KY 40298

AM Leonard
241 Fox Drive
Piqua, OH 45356

Andreia Reis
6873 Dolce Way
Orlando, FL 32819

Arian Haxhillali
1610 Eddie Street
Apt #9
Sulphur, LA 70663

Audrey Haisfield
725 North Lake Way
Palm Beach, FL 33480

Baker Brooks and
Joe Barbazon
PO Box 610
Williston, FL 32696

Beth Fayer
8141 NW 47th Lane
Ocala, FL 34482

Bluewater Sales, LLC
as Receiver
3951 Old Frankfort Pike
Lexington, KY 40510

Bluewater Sales, LLC
c/o Ellen Arvin Kennedy, Esq.
250 West Main Street, Suite 1400
Lexington, KY 40507

Breeders Cup
P.O. Box 4230
Lexington, KY 40544

Breeders Cup Live Foal
PO Box 4230
Lexington, KY 40544

Brian S. Dance
105 Amberwood Dr
Longwood, FL 32779

Brian Spencer
PO Box 473
Mount Sterling, KY 40353

Bright Pages
PO Box 15132
Wilmington, DE 19850

Brisnet
PO Box 4097
Lexington, KY 40544

Cables Home Furnishings
PO Box 426
Versailles, KY 40383

Caglestone Farm
433 Ironworks Pike
Paris, KY 40361

Charles Merrick, III
PO Box 408
Brooklandville, MD 21022

Christine Connelly
39 Route 545
Chesterfield, NJ 08515

Chrysler Financial
PO Box 900921
Louisville, KY 40290

Chrysler Financial Services
c/o Bert Echols
88 Union Ave., Ste. 700
Memphis, TN 38103

Chrysler Financial Services Americas LLC
Trustee Lockbox
P.O. Box 9001897
Louisville, KY 40290-1897

Cincinnati Capital Corp
4730 Montgomery Rd
Cincinnati, OH 45212-2610

Cincinnati Capital Corporation
c/o Ellen M. Sharp, Esq.
Frost Brown Todd LLC
250 W. Main St., Ste. 2800
Lexington, KY 40507

Citibank South Dakota NA
4740 121st St
Urbandale, IA 50323

Craig A. Van Balen DVM PLLC
dba Van Balen Equine Assoc.
c/o D. Barry Stilz, Esq.
301 East Main St., Ste. 800
Lexington, KY 40507

Darsan, Inc.
1000 NW 93 Terrace
Fort Lauderdale, FL 33322

Deanna Manfredi
1610 Neward Rd.
Kennett Square, PA 19348

Debbie Silveira
PO Box 397
Reddick, FL 32686

Dejai Ramnarayan
9583 NW 115th Ave.
Ocala, FL 34482

Dickey Shrum
c/o Whispering Oaks Farm
425 Hume Bedford Rd
Paris, KY 40361

Doris and Cornelius Link
PO Box 125
Lowell, FL 32663

Electronic Design
PO Box 11576
Lexington, KY 40516

Emerald Pastures
9489 NW Hwy 225-A
Ocala, FL 34482

Equine Medical Center
10542 Walker St.
Cypress, CA 90630

Eric S. Golden
Burr & Forman LLP
450 South Orange Avenue
Suite 200
Orlando, FL 32801

Ernie Oare
4 South 4th St.
Warrenton, VA 20186

Farm Plan
PO Box 4450
Carol Stream, IL 60197

Farmers National Bank
PO Box 28
Danville, KY 40423

FedEx
PO Box 371461
Pittsburgh, PA 15250

Fifth Third Bank, an Ohio
Banking Corporation
250 West Main Street, Suite 100
Lexington, KY 40507

Fifth Third Bank, an Ohio Banking Corporation
c/o Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 100
Lexington, Kentucky 40507-1746

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Haisfield Ventures, LP
11888 Lake Shores Place
North Palm Beach, FL 33408

Hammond Communications
173 Trade St.
Lexington, KY 40511

Hands On Original
990 W New Circle Rd
Lexington, KY 40511

Harold Plumley
9453 NW Hwy 27
Ocala, FL 34482

Hartland Propane
151 Means Dr
Nicholasville, KY 40356

Horse Cents
199 Markham Dr
Versailles, KY 40383

Hunt Club Bedding
PO Box 13587
Greensboro, NC 27415

Impact
333 W Vine St
Suite 500
Lexington, KY 40507

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jacqueline E Ferris
Burr & Forman LLP
450 S Orange Avenue
CNL Tower 1, Suite 200
Orlando, FL 32801

James Herbener
583 Shopshire Lane
Georgetown, KY 40324

James Kelly
9004 Pine Lake
Louisville, KY 40220

Jena Antonucci
13005 NW Gainsville Rd.
Reddick, FL 32686

JL Bates Corp., a FL corp.
3080 Troy Pike
Versailles, KY 40383

Jockey Club Information Syst
321 Corporate Dr
Lexington, KY 40503

Keeneland
PO Box 1690
Lexington, KY 40507

Kentucky State Treasurer
1050 US Hwy 127 South
Suite 100
Frankfort, KY 40601

KTOB
4079 Iron Works Pike
Lexington, KY 40511

Kentucky Utilities a/k/a KU
Revenue Collection Department
One Quality Street, 5th Floor
Lexington, KY 40507

Kurt Heumann
210 Warrior Trace
Covington, LA 70435

Laurie Hall and Ron Woody
9550 NW 80th Ave.
Ocala, FL 34482

Laurie Hickman
3143 Parkside Drive
Batavia, OH 45103

Lisselan Farms
5105 NW 76th Ct.
Ocala, FL 34482

Lonnie Stokes
21751 SE 35th St.
Morriston, FL 32668

Lori Smock
PO Box 36
Andover, OH 44003

Lowe's Business Account
PO Box 530970
Atlanta, GA 30353

Machmer Hall
2311 Winchester Rd
Paris, KY 40361

Marty and Carol Hershe
PO Box 4770
Ocala, FL 34478

McCauley Bros., Inc.
PO Box 604
111 Broadway
Versailles, KY 40383

McCauley's
PO Box 604
Versailles, KY 40383

McLaughlin Family Ltd.
Partnership
2727 W. ML King Blvd.
Suite 510
Tampa, FL 33607

Midwest Thoroughbreds
3252 S. 59th Ave.
Cicero, IL 60804

Muirfield Insurance, Inc.
1019 Majestic Drive
Suite 310
Lexington, KY 40513

Murray Smith
12520 NW Hwy 464B
Ocala, FL 34482

Nagako Fujita
1650 Clintonville Rd.
Paris, KY 40361

NeverTell Farm Kentucky IV, LLC
3204 Midway Road
Versailles, KY 40383

NeverTell Farm Kentucky V, LLC
3204 Midway Road
Versailles, KY 40383

Norman Houston
697 Wilked Rd.
Adel, GA 31620

Northeast Woodford Water District
225 A. South Main Street
Versailles, KY 40383

Overall Thoroughbreds LLC
3204 Midway Rd
Versailles, KY 40383

Paychex
13400 Eastpoint Center Dr
Suite 145
Louisville, KY 40223

Pitney Bowes Global Serv Inc
PO Box 856390
Louisville, KY 40285

Platinum Classic
Investments, Inc.
271 Plantation Rd.
Palm Beach, FL 33480

Promotions Plus of Kentucky,
LLC d/b/a Team One
c/o Bobby Brassine, Reg. Agent
981 Primrose Ct.
Lexington, KY 40511

Purchase Power
P.O. Box 856042
Louisville, KY 40285

R.C. Van Voorhees and
Elizabeth Steinbech
8520 NW 63rd St.
Ocala, FL 34482

Rawton, Inc.
PO Box 1553
Lexington, KY 40588

Reese Henry & Company, Inc.
400 E. Main Street
Aspen, CO 81611

Richard Haisfield
725 North Lake Way
Palm Beach, FL 33480

Robert Miller
9 Columbia Place
Parlin, NJ 08859

Ronald Treadway
4180 Millersburg Rd.
Gambier, OH 43022

Sadler, LLC
PO Box 882
Versailles, KY 40383

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220

Shady Nook Farm
1375 Rose Lane
Versailles, KY 40383

Shirk & Mejia, LLP
Attorneys at Law
115 South State Street
Ephrata, PA 17522-2412

Shirley McQuillan
Touchstone Farm Associates
3527 Pisgah Pike
Versailles, KY 40383

Simon Yu
50 Seacrest CT
Half Moon Bay, CA 94019

SMK Farms
401 Brookstown Rd.
Richmond, KY 40475

Southern Style Sales
c/o Heather Larson
PO Box 1304
Hudson, NY 12534

SRS Racing Stables, LLC
11275 SE Farm Rd. 975
Humansville, MO 65674

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368-9020

Steve Watkins
479 Stringtown Rd.
Paris, KY 40361

Stone Wall Acquisition, LLC
4730 Montgomery Road
Cincinnati, Ohio 45212

Stone Wall Acquisition, LLC
c/o Ellen M Sharp
Lexington Financial Center
250 West Main Street, Ste 2800
Lexington, KY 40507

Stone Wall Farm Stallions, LLC
3204 Midway Road
Versailles, KY 40383

Stone Wall Farm Stallions IV, LLC
3204 Midway Road
Versailles, KY 40383

Stone Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383

Stonereath Farms
PO Box 610
Parris, KY 40361

Sunbelt Rentals, Inc.
c/o CT Corporation System,
as Registered Agent
4169 Westport Rd.
Louisville, KY 40207

Tara Helman
13651 US Hwy 301
Citra, FL 32113

Taylor Made Sales
2765 Union Mill Road
Nicholasville, KY 40356

The Covert Inc.
10575 NW 75th Terrace
Ocala, FL 34482

The Elkstone Group
11 Summit Lane
Wilmington, DE 19807

The Farm Clinic, Inc.
932 Robinson Street|
West Lafayette, IN 47906

The Jockey Club Information
821 Corporate Drive
Lexington, KY 40503-2794

Thomas Croley
3133 SW 32nd Ave.
Ocala, FL 34474

Thoroughbred Times
PO Box 8237
Lexington, KY 40533

Thorp Reed
301 Grant St, 14th Floor
Pittsburgh, PA 15219

Tom Evans
3065 Lexington Rd.
Versailles, KY 40383

Tom Haughey
201 Colhurst Dr.
Charlottesville, VA 22901

Tony Guida
4600 Old Sligo Rd
La Grange, KY 40031

Tractor Supply Company
PO Box 689020
Des Moines, IA 50368

True Nicks
3101 Beaumont Centre Cir.
Lexington, KY 40513

U.S. Securities & Exchange Commission
Reorganization Branch, Atlanta
3475 Lenox Rd., NE, Ste. 1000
Atlanta, GA 30326-1323

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4270

United States Bankruptcy Court
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202

United States Trustee - JAX 11
135 W Central Blvd, Suite 62
Orlando, FL 32801

United States Trustee
c/o Elena Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

US Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

Werk Thoroughbred
Consultants, Inc.
PO Box 1926
Fremont, CA 94538

Wicklife Veterinary Pharmacy
148-150 Jefferson Street
Lexington, KY 40508

Willow Rock Stables
28 Sage Lane
Glenmont, NY 12077

Woodford County Clerk
103 South Main Street
Versailles, KY 40383

Woodford Excavation
PO Box 122
Versailles, KY 40383

Zimmerman Farms, LLC
1999 North Geneva Rd
Provo, UT 84601

All that tract or parcel of land situated on the northerly and easterly sides of Aiken Road southwest of the Old Frankfort Pike and northwest of the Midway Road in Woodford County, Kentucky, and more fully described and bounded as follows, to-wit:

Beginning at a magnail under pavement in the center line of Aiken Road, said point being a corner to Lehman Farms, Inc. (now or formerly); thence with Lehman Farms, Inc. (now or formerly) for two calls: S 72°26'06"E 876.75 feet to an iron pin (found) and S 71°59'02" E 648.75 feet to an iron pin w/cap (set), said point being a corner to Tew Limited Partnership; thence with Tew Limited Partnership for nineteen calls: S 21°02'49"W 53.80 feet to an iron pin (found), S 21°02'49"W 580.27 feet to an iron pin (found), S 21°36'56" W 330.55 feet to an iron pin (found), S 20°00'36" W 331.61 feet to an iron pin (found), S 10°39'37" E 19.87 feet to an iron pin w/cap (set) in a fence line, S 10°46'02" E 783.80 feet to an iron pin w/cap (set) in a fence line, S18°00'58"W 187.37 feet to an iron pin (found), S16°30'07" W 115.26 feet to an iron pin (found), S 16°54'56" W 132.64 feet to an iron pin (found), S 15°21'30" W 109.50 feet to an iron pin (found), S 14°21'10" W 132.98 feet to an iron pin (found), S 05°30'13" W 31.47 feet to an iron pin (found), S 08°37'36" E 38.93 feet to an iron pin (found), S 26°15'05"E 30.60 feet to an iron pin (found), S 35°54'30" E 135.10 feet to an iron pin (found), S 24°59'21" E 23.33 feet to an iron pin (found), S 10°36'16" E 23.66 feet to an iron pin (found), S 30°14'09" E 23.61 feet to an iron pin (found) and S 17°05'10" W 20.12 feet to a magnail under pavement in the center line of Aiken Road; thence with the center line of Aiken Road for thirteen calls: N 73°01'17" W 64.55 feet to a magnail under pavement, N 71°39'13" W 1045.03 feet to a magnail under pavement, N 71°58'50" W 1043.59 feet to a magnail under pavement, N 58°07'29" W 27.46 feet to a magnail under pavement, N 31°47'05" W 24.23 feet to a magnail under pavement, N 05°02'15" W 25.18 feet to a magnail under pavement, N16°27'08"E 25.10 feet to a magnail under pavement, N 22°03'10" E 582.72 feet to a magnail under pavement, N 21°36'38" E 549.79 feet to a magnail under pavement, N 22°11'37" E 599.44 feet to a magnail under pavement, N 20°28'22" E 180.79 feet to a magnail under pavement, N 18°33'21" E 583.41 feet to a magnail under pavement and N 18°22'22" E 311.68 feet to the beginning and containing a gross area of 112.781 acres.

Being the same property conveyed to NeverTell Farm Kentucky V, LLC, a Kentucky limited liability company, by Deed dated August 3, 2006, and of record in Deed Book 236, Page 332, in the Woodford County Clerk's Office.

**EXHIBIT A**

## AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY

The Debtor, NeverTell Farm Kentucky V, LLC (the "Debtor" or "NeverTell"), and The Farmers National Bank of Danville, Kentucky ("FNB" and together with the Debtor, the "Parties") enter into this Agreement Relating to Relief From the Automatic Stay (the "Agreement") on this ___ day of October, 2010.

WHEREAS, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on July 25, 2010;

WHEREAS, FNB made a loan to the Debtor in the amount of $3,160,000.00 (the "Loan") and in connection therewith, the Debtor executed and delivered to FNB the following: (1) Promissory Note in the amount of $3,160,000.00 dated August 2, 2007; (2) Mortgage dated August 2, 2007 on real property consisting of 112.781 acres located on Aiken Road, Versailles, Woodford County, Kentucky (the "Aiken Road Property"), recorded in Mortgage Book 558 at Page 01 in and for the Public Records of Woodford County, Kentucky; (3) Multipurpose Note and Security Agreement in the amount of $3,093,449.19 dated August 2, 2008; (4) Modification, Extension, Change in Terms Agreement dated November 30, 2009; and (5) one or more Guaranty Agreements (collectively, and together with all other documents and agreements that refer or relate to, or evidence the Loan, the "Loan Documents");

WHEREAS, FNB filed a proof of claim asserting a claim in the amount of $3,216,213.12 (the "Claim"); and

WHEREAS, FNB and the Debtor, in order to avoid litigation and to resolve their disputes, have agreed to enter into this Agreement.

NOW, THEREFORE, for and in consideration of good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be bound hereby, agree as follows:

11127 v4

**EXHIBIT B**

1. The above recitals are true and correct and are incorporated herein.

2. The Debtors agree that the automatic stay of 11 U.S.C. § 362 shall be terminated for *in rem* purposes.

3. Within five (5) days of entry of an Order granting the motion for approval of this Agreement, NeverTell shall execute and deliver to FNB a deed-in-lieu of foreclosure substantially in the form of Attachment "A" hereto conveying fee simple title to the Aiken Road Property to FNB (the "Deed-in-Lieu").

4. Within five (5) days of the execution and delivery of the Deed-in-Lieu by Debtors to FNB, FNB will withdraw the Proof of Claim, or alternatively, will agree to entry of an Order denying the claim asserted therein. Further, FNB agrees to release the Debtor and all other parties obligated under the Loan Documents, including any guarantors who executed guaranty agreements in connection with the Loan (collectively, the "Guarantors" and together with the Debtor, the "Obligors"), and agrees not to seek to recover any monetary amount, whether as a deficiency (to the extent there is or would be a deficiency) or otherwise, against the Debtor or any of the Obligors under the Loan Documents.

5. The Parties will jointly file a motion under Federal Rule of Bankruptcy Procedure 4001(d) seeking approval of this Agreement and this Agreement shall be enforceable only after entry of an Order by the Bankruptcy Court granting the joint motion.

6. This Agreement may be executed in one or more counterparts and facsimile signatures shall be considered originals.

NEVERTELL FARM KENTUKCY V, LLC

THE FARMERS NATIONAL BANK
OF DANVILLE, KENTUCKY

_S.V.P._

By: Richard Haisfield

Its: Manager,

By: _____

Its: _____

# ATTACHMENT A

## DEED IN LIEU OF FORECLOSURE

THIS DEED IN LIEU OF FORECLOSURE ("the Deed"), made and entered into as of the ____ day of October, 2010, is by and between **NEVERTELL FARM KENTUCKY V, LLC,** a Kentucky limited liability company, with a mailing address of 3204 Midway Road, Versailles, Kentucky 40383 ("Grantor"), and **THE FARMERS NATIONAL BANK OF DANVILLE, KENTUCKY**, a national association, with a mailing address of 304 West Main Street, P.O. Box 28, Danville, Kentucky 40422 ("Grantee"). The in-care of tax mailing address for the current year is 304 West Main Street, P.O. Box 28, Danville, Kentucky 40422.

## WITNESSETH:

WHEREAS, the parties hereto do acknowledge that the Grantor is now in default under the terms of that certain Mortgage, dated August 2, 2007, recorded in Mortgage Book 558, Page 01 in the Woodford County Clerk's office (the "Mortgage"), securing a Multipurpose Note and Security Agreement executed on September 23, 2008 in the original principal amount of $3,093,449.19, plus interest, fees and expense (the "Note") which is a renewal of that promissory note executed of even date of the Mortgage; and

WHEREAS, the Grantor has consented and agreed that in order to avoid a foreclosure upon the real estate more particularly described hereinbelow, the Grantor has executed and delivered this Deed in Lieu of Foreclosure to the Grantee, without impairing or affecting any rights that Grantee may have against Grantor except as hereinafter specifically provided; and

WHEREAS, Grantor acknowledges that the fair market value of the real property herein conveyed is less than the outstanding principal amount of and unpaid interest accrued and unpaid under the Note.

NOW, THEREFORE, for and in consideration of foregoing, and the agreement of Grantee to release Grantor (and any borrowers or guarantors of the Note) from any liability under the Mortgage and Note, the receipt and sufficiency of which is hereby acknowledged, the Grantor does hereby grant, bargain, sell and convey unto the Grantee, its successors and assigns forever, in fee simple, the following property, situated in Woodford County, Kentucky, and more particularly described on Exhibit A attached hereto, made a part hereof and incorporated herein by reference (the "Property").

TO HAVE AND TO HOLD, the Property, together with all rights, privileges, appurtenances and improvements thereunto belonging, unto the Grantee, its successors and assigns forever, in fee simple.

Grantor does hereby release and relinquish unto Grantee, its successors and assigns forever, all of Grantor's right, title and interest in and to the Property, all other exemptions

allowed by law, and does hereby covenant to and with Grantee, its successors and assigns, that Grantor is lawfully seized in fee simple title to the Property and has a good, lawful and valid right to convey the same as herein done, and that, except as provided below, the Property is free and clear of all encumbrances of whatsoever nature and that it will WARRANT SPECIALLY the title to the Property, and defend the same against the lawful claims of all persons claiming by, through or under Grantee, but against none other.

Provided, however, that there is excepted from the foregoing warranty and covenants, the following:

1. The ad valorem taxes for the year 2010.

2. Any restrictive covenants of record in the Woodford County Clerk's office.

3. All conditions, restrictions and/or notes, if any, affecting the property herein conveyed and contained on any plat of record in the Woodford County Clerk's office.

4. Zoning and building restrictions, regulations and ordinances, if any.

5. Easements and rights-of-way of whatsoever nature and kind reserved and recorded in the Woodford County Clerk's office.

6. The 2009 ad valorem taxes.

7. The lien of the Mortgage.

8. Any and all liens, deeds, judgments, or other encumbrance of any nature, whatsoever, of record in the Woodford County Clerk's office.

It is the express intention of Grantor and Grantee that this conveyance be an absolute conveyance to Grantee of all of Grantor's right, title and interest in and to the Property. It is further the express intention of the Grantor and Grantee that the liens and/or security interests granted to Grantee in or upon the Property set forth and described in the Mortgage shall not merge into the right, title and interest in and to the Property acquired by Grantee pursuant to this Deed, but that such interests shall be and remain at all times separate and distinct, notwithstanding any union of said interests in the Grantee at any time by purchase, termination or otherwise, and that the liens and/or security interests granted to Grantee in or upon the Property set forth and described in the Mortgage shall be and remain at all times valid and continuous liens and/or security interests against the Property until Grantee forecloses said liens and/or security interests or expressly releases and/or discharges said liens and/or security interests by a duly executed and recorded instrument filed of record in the Woodford County Clerk's office. The Grantor and Grantee acknowledge and agree that nothing herein constitutes or results in a novation of the Mortgage or the Note secured thereby and the Mortgage and the Note shall each continue in full force and effect, except for the release of the Grantor from any liability under the Note and Mortgage. Grantor hereby waives all equitable and statutory rights of redemption with respect to the Property. Grantee hereby releases Grantor and all other parties obligated under the Note and any other evidence of indebtedness executed and delivered in connection therewith, including any guarantors who executed guaranty agreements in connection

with the Note or such other evidence of indebtedness (collectively, together with the Grantor, the "Obligors") and agrees not to seek recovery of any monetary amount, whether as a deficiency (to the extent there is or would be a deficiency) or otherwise, against any of the Obligors.

This conveyance is exempt from the assessment of transfer taxes pursuant to KRS 142.050(7)(c).

For purposes of compliance with KRS 382.135, Grantor and Grantee hereby certify that the consideration reflected in this Deed is the full consideration paid for the Property herein conveyed and the estimated fair cash value of the Property herein conveyed is $2,140,000.00. Grantee joins in the execution of this Deed for the sole purpose of certifying the consideration and providing the release of liability evidenced above.

IN WITNESS WHEREOF, Grantor and Grantee have hereunto set their hands as of the day and year first above written.

**NEVERTELL FARM KENTUCKY V, LLC**

By: _____
Audrey L. Haisfield, Managing Member

**THE FARMERS NATIONAL BANK OF DANVILLE, KENTUCKY**

By: _____

Name: _____

Title: _____

STATE OF _____
COUNTY OF _____

The foregoing Deed in Lieu of Foreclosure and statement of consideration was subscribed, sworn to and acknowledged before me on October __, 2010 by Audrey L. Haisfield, Managing Member of Nevertell Farm Kentucky V, LLC, a Kentucky limited liability company, for and on behalf of said company.

_____
Notary Public

[seal]                                My commission expires:_____

COMMONWEALTH OF KENTUCKY
COUNTY OF _____

    The foregoing Deed in Lieu of Foreclosure and statement of consideration was subscribed, sworn to and acknowledged before me on October __, 2010 by _____, as _____ of The Farmers National Bank of Danville, Kentucky, a national association, for and on behalf of said national association.

                                      _____
                                      Notary Public
                                      My commission expires:_____

This instrument was prepared by:

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000

BY:_____ _____
       Richard H. Mains

112721.138366/3921587.1

# EXHIBIT A

| | |
|---|---|
| In re: | **Case No.:**    **3:10-bk-06410-JAF** |
| **STONE\*WALL FARM STALLIONS, XI, LLC, et al.,** | **3:10-bk-06411-JAF** |
| | **3:10-bk-06418-JAF** |
| **Debtors.** | **3:10-bk-06984-JAF** |

---

| | |
|---|---|
| APPLICABLE DEBTOR | **Chapter 11** |
| NeverTell Farm Kentucky v, LLC: | **Jointly Administered Under Case No. 3:10-** |
| (Case No. 3:10-bk-06418-JAF ) | **bk-06410** |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE came before the Court on Debtor, NeverTell Farm Kentucky V, LLC's ("Debtor") and The Farmers National Bank of Danville, Kentucky's ("FNB") Joint Motion for Approval of Agreement Between the Debtor and The Farmers National Bank of Danville, Kentucky, Relating to Relief from the Automatic Stay (Dkt. No. ____; the "Motion"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within fifteen (15) days of the Motion being entered on the docket. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed. Upon consideration of the Motion and that it is unopposed, it is

**ORDERED:**

1. The Motion is **GRANTED** and the Agreement between the Debtor and FNB attached to the Motion is approved.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted for the purposes set forth in the Agreement and The Farmers National Bank of Danville, Kentucky may proceed with obtaining *in rem* relief against the property described in the Motion.

**DONE AND ORDERED** _____.

---

<div style="border: 2px solid black; display: inline-block; padding: 10px;">

## EXHIBIT C

</div>

JERRY A. FUNK
United States Bankruptcy Judge

11126 v5

Copies to:

Stone*Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383

Eric S. Golden, Esq.
Burr & Forman, LLP
450 S. Orange Avenue, Suite 200
Orlando, FL 32801
Attorneys for Debtors

Elena L. Escamilla
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Local Rule 1007-2 Parties-in-Interest