UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  CASE NO.: 10-bk-06410-JAF
 CASE NO.: 10-bk-06411-JAF
STONE*WALL FARMS STALLIONS, CASE NO.: 10-bk-06418-JAF
XI, LLC, et al. CASE NO.: 10-bk-06984-JAF

    Debtors. Jointly Administered
_____/

# JOINT MOTION TO CONTINUE OCTOBER 25, 2010 HEARING ON FIRST INSURANCE FUNDING CORP.'S MOTION SEEKING RELIEF FROM THE AUTOMATIC STAY

Debtors and First Insurance Funding Corp. ("First Insurance") (collectively, the "Parties"), move for a continuance of the October 25, 2010 hearing on First Insurance's Motion Seeking Relief from the Automatic Stay ("Stay Relief Motion") (D.E. #89), and state as follows:

1. On September 27, 2010, First Insurance filed the Stay Relief Motion, which is presently scheduled for hearing on October 25, 2010 at 1:30 p.m.

2. Prior to and following the filing of the Stay Relief Motion, First Insurance and the Debtors have engaged in good faith settlement discussions in an effort to resolve the dispute between them.

3. The Parties believe that a two-week continuance of the presently scheduled hearing will provide sufficient time to allow them to determine whether a agreed upon resolution is possible.

4. The continuance is without prejudice to the Parties' rights and the Debtors have agreed that they will not use the additional time created by the continuance against First Insurance should it be necessary to litigate the Stay Relief Motion.

5. Accordingly, subject to the Court's calendar, the Parties jointly request a two-week continuance of the presently scheduled October 25, 2010 hearing on the Stay Relief Motion.

WHEREFORE, the Parties respectfully request that the Court enter an order continuing the October 25, 2010 hearing, and for such other and further relief as the Court deems just and proper.

This 22nd day of October, 2010.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric S. Golden*_____ | */s/ Jeffrey P. Bast*_____ |
| Florida Bar No. 0146846 | Florida Bar No. 996343 |
| **BURR & FORMAN, LLP** | Brett M. Amron, Esq. |
| 450 South Orange Avenue, Suite 200 | Florida Bar No. 148342 |
| Orlando, Florida 32801 | BAST AMRON LLP |
| Telephone: (407) 244-0888 | SunTrust International Center |
| Facsimile: (407) 244-0889 | One Southeast Third Avenue |
| E-mail: egolden@burr.com | Suite 1440 |
| | Miami, FL 33131 |
| *Counsel for Debtor* | Telephone: (305) 379-7904 |
| | Facsimile: (305) 379-7905 |
| | Email: jbast@bastamron.com |
| | bamron@bastamron.com |
| | |
| | *Counsel for First Insurance Funding Corp.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by CM/ECF, where available, and U.S. Mail on this <u>22nd</u> day of October, 2010 to all persons and parties reflected on the attached Service List.

                                      By: <u>/s/  Brett M. Amron    </u>
                                              Brett M. Amron

**SERVICE LIST**

**Via CM-ECF**

Bert Echols     dhardin@haledeweyknight.com, bechols@haledeweyknight.com;dhardin@haledeweyknight.com

Elena L Escamilla     elena.l.escamilla@usdoj.gov

Jacqueline E Ferris     jferris@burr.com, ahutchinson@burr.com;mposada@burr.com

Mary Louise Fullington     lexbankruptcy@wyattfirm.com

Eric S Golden     egolden@burr.com, ahutchinson@burr.com;mposada@burr.com

Ellen McCoy Sharp     esharp@fbtlaw.com, nward@fbtlaw.com;mtucker@fbtlaw.com

United States Trustee - JAX 11     USTP.Region21.OR.ECF@usdoj.gov

Label Matrix for local noticing
113A-3
Case 3:10-bk-06410-JAF
Middle District of Florida
Jacksonville
Fri Oct 22 12:54:32 EDT 2010

4M Ranch
PO Box 165
Rochelle, TX 76872-0165

ABR Construction, Inc.
Christian Ach, Reg. Agent
555 West Fourth Street
Lexington, KY 40508-1205

AM Leonard
241 Fox Drive
Piqua, OH 45356-9265

~~Alex Rendon~~
~~3001 SW 24th Ave.~~
~~Saint Cloud, FL 34771~~

~~Alltel~~
~~PO Box 9001908~~
~~Louisville, KY 40290-1908~~

Andreia Reis
6873 Dolce Way
Orlando, FL 32819-5517

Arian Haxhillali
1610 Eddie Street
Apt #9
Sulphur, LA 70663-4904

Audrey Haisfield
725 North Lake Way
Palm Beach, FL 33480-3309

Baker Brooks and
Joe Barbazon
PO Box 610
Williston, FL 32696-0610

~~Jeffrey P Bast~~
~~Bast Amron LLP~~
~~One Southeast Third Ave Suite 1440~~
~~Miami, FL 33131-1714~~

Beth Fayer
8141 NW 47th Lane
Ocala, FL 34482-2006

Bluewater Sales, LLC
as Receiver
3951 Old Frankfort Pike
Lexington, KY 40510-9622

Bluewater Sales, LLC
c/o Ellen Arvin Kennedy, Esq.
250 West Main Street, Suite 1400
Lexington, KY 40507-1721

~~Breeders Cup~~
~~P.O. Box 4230~~
~~Lexington, KY 40544-4230~~

Breeders Cup Live Foal
PO Box 4230
Lexington, KY 40544-4230

Brian S. Dance
105 Amberwood Dr
Longwood, FL 32779-2142

Brian Spencer
PO Box 473
Mount Sterling, KY 40353-0473

Bright Pages
PO Box 15132
Wilmington, DE 19850-5132

Brisnet
PO Box 4097
Lexington, KY 40544-4097

Cables Home Furnishings
PO Box 426
Versailles, KY 40383-0426

Caglestone Farm
433 Ironworks Pike
Paris, KY 40361-9012

Charles Merrick, III
PO Box 408
Brooklandville, MD 21022-0408

Christine Connelly
39 Route 545
Chesterfield, NJ 08515-1825

Chrysler Financial
PO Box 900921
Louisville, KY 40290

Chrysler Financial Services
c/o Bert Echols
88 Union Ave., Ste. 700
Memphis, TN 38103-5128

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Cincinnati Capital Corporation
c/o Ellen M. Sharp, Esq.
Frost Brown Todd LLC
250 W. Main St., Ste. 2800
Lexington, KY 40507-1714

Cinncinati Capital Corp
4730 Montgomery Rd
Cincinnati, OH 45212-2610

Citibank South Dakota NA
4740 121st St
Urbandale, IA 50323-2402

| | | |
|---|---|---|
| Craig A. Van Balen DVM PLLC<br>dba Van Balen Equine Assoc.<br>c/o D. Barry Stilz, Esq.<br>301 East Main St., Ste. 800<br>Lexington, KY 40507-1520 | Crowne's Nest Farm<br>and Alfonso R. Arroyoulloa<br>7242 SE 12th Cir.<br>Ocala, FL 34480-6650 | Darcy Scudero<br>7151 NW 5th Lane<br>Ocala, FL 34482-4489 |
| Darsan, Inc.<br>1000 NW 93 Terrace<br>Fort Lauderdale, FL 33322-4920 | Deanna Manfredi<br>1610 Neward Rd.<br>Kennett Square, PA 19348-1105 | Debbie Silveira<br>PO Box 397<br>Reddick, FL 32686-0397 |
| Dejai Ramnarayan<br>9583 NW 115th Ave.<br>Ocala, FL 34482-1007 | Dickey Shrum<br>c/o Whispering Oaks Farm<br>425 Hume Bedford Rd<br>Paris, KY 40361-9723 | Doris and Cornelius Link<br>PO Box 125<br>Lowell, FL 32663-0125 |
| Ed Seltzer<br>290 NE Highway 41<br>Williston, FL 32696-7231 | Electronic Design<br>PO Box 11576<br>Lexington, KY 40576-1576 | Emerald Pastures<br>9489 NW Hwy 225-A<br>Ocala, FL 34482-1272 |
| Equine Medical Center<br>10542 Walker St.<br>Cypress, CA 90630-4715 | Eric S. Golden<br>Burr & Forman LLP<br>450 South Orange Avenue Suite 200<br>Orlando, FL 32801-3385 | Ernie Oare<br>4 South 4th St.<br>Warrenton, VA 20186-3306 |
| Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd  Suite 620<br>Orlando, FL 32801-2440 | Farm Plan<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | Farmers National Bank<br>PO Box 28<br>Danville, KY 40423-0028 |
| FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Jacqueline E Ferris<br>Burr & Forman LLP<br>450 S Orange Avenue, CNL Tower 1<br>Suite 200<br>Orlando, FL 32801-3385 | Fifth Third Bank, an Ohio<br>Banking Corporation<br>250 West Main Street, Suite 100<br>Lexington, KY 40507-1714 |
| Fifth Third Bank, an Ohio Banking Corporatio<br>250 West Main Street, Suite 100<br>Lexington, KY 40507-1714 | Fifth Third Bank, an Ohio Banking Corporatio<br>c/o Mary L. Fullington<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 100<br>Lexington, Kentucky 40507-1714 | First Insurance Funding Corp<br>PO Box 66468<br>Chicago, IL 60666-0468 |
| First Insurance Funding Corp.<br>c/o BastAmron LLP<br>One Southeast Third Avenue<br>Suite 1440<br>Miami, FL 33131-1714 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Mary Louise Fullington<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 |
| ~~Eric S Golden~~<br>~~Burr & Forman LLP~~<br>~~450 South Orange Avenue~~<br>~~Suite 200~~<br>~~Orlando, FL 32801-3385~~ | Haisfield Ventures, LP<br>11888 Lake Shores Place<br>North Palm Beach, FL 33408-3206 | Hammond Communications<br>173 Trade St.<br>Lexington, KY 40511-2608 |

| | | |
|---|---|---|
| Hands On Original<br>990 W New Circle Rd<br>Lexington, KY 40511-1838 | Harold Plumley<br>9453 NW Hwy 27<br>Ocala, FL 34482-3823 | Hartland Propane<br>151 Means Dr<br>Nicholasville, KY 40356-8192 |
| Herbert Schwartz<br>347 Warren Dr.<br>Woodmere, NY 11598-2436 | Horse Cents<br>199 Markham Dr<br>Versailles, KY 40383-1816 | Hunt Club Bedding<br>PO Box 13587<br>Greensboro, NC 27415-3587 |
| Impact<br>333 W Vine St<br>Suite 500<br>Lexington, KY 40507-1627 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JL Bates Corp., a FL corp.<br>3080 Troy Pike<br>Versailles, KY 40383-8903 |
| James Herbener<br>583 Shopshire Lane<br>Georgetown, KY 40324-9607 | James Kelly<br>9004 Pine Lake<br>Louisville, KY 40220-2925 | Jena Antonucci<br>13005 NW Gainsville Rd.<br>Reddick, FL 32686-3948 |
| Jockey Club Information Syst<br>321 Corporate Dr<br>Lexington, KY 40503 | KTOB<br>4079 Iron Works Pike<br>Lexington, KY 40511 | Keeneland<br>PO Box 1690<br>Lexington, KY 40588-1690 |
| Ellen Arvin Kennedy<br>250 West Main Street<br>Suite 1400<br>Lexington, KY 40507-1721 | Kentucky State Treasurer<br>1050 US Hwy 127 South<br>Suite 100<br>Frankfort, KY 40601-4326 | Kentucky Utilities Company aka KU<br>Revenue Collection Department<br>One Quality Street, 5th Floor<br>Lexington, KY 40507-1461 |
| Kurt Heumann<br>210 Warrior Trace<br>Covington, LA 70435-8815 | Laurie Hall and<br>Ron Woody<br>9550 NW 80th Ave.<br>Ocala, FL 34482-1102 | Laurie Hickman<br>3143 Parkside Drive<br>Batavia, OH 45103-8457 |
| Lisselan Farms<br>5105 NW 76th Ct.<br>Ocala, FL 34482-8044 | Lonnie Stokes<br>21751 SE 35th St.<br>Morriston, FL 32668-3445 | Lori Smock<br>PO Box 36<br>Andover, OH 44003-0036 |
| Lowe's Business Account<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Lynne Scace<br>1921 NW 100th Ave.<br>Ocala, FL 34482-2553 | Machmer Hall<br>2311 Winchester Rd<br>Paris, KY 40361-9115 |
| ~~Marty Hershe~~<br>~~PO Box 4770~~<br>~~Ocala, FL 34478-4770~~ | Marty and Carol Hershe<br>PO Box 4770<br>Ocala, FL 34478-4770 | McCauley Bros., Inc.<br>PO Box 604<br>111 Broadway<br>Versailles, KY 40383-1197 |

~~McCauley's~~
~~PO Box 604~~
~~Versailles, KY 40383-0604~~

McLaughlin Family Ltd.
Partnership
2727 W. ML King Blvd.
Suite 510
Tampa, FL 33607

Mes Stable, Inc. and
Nicholas Balodimas
1141 E. Main St.
Suite 209
Dundee, IL 60118-2440

Midwest Thoroughbreds
3252 S. 59th Ave.
Cicero, IL 60804-3860

Muirfield Insurance, Inc.
1019 Majestic Drive
Suite 310
Lexington, KY 40513-1946

Murray Smith
12520 NW Hwy 464B
Ocala, FL 34482-1736

Nagako Fujita
1650 Clintonville Rd.
Paris, KY 40361-9165

NeverTell Farm Kentucky IV, LLC
3204 Midway Road
Versailles, KY 40383-9740

NeverTell Farm Kentucky V, LLC
3204 Midway Road
Versailles, KY 40383-9740

Nevertell Farm Kentucky V LL
3024 Midway Rd
Versailles, KY 40383

Norman Houston
697 Wilked Rd.
Adel, GA 31620-6246

Northeast Woodford Water District
225 A. South Main Street
Versailles, KY 40383-1582

Overall Thoroughbreds LLC
3204 Midway Rd
Versailles, KY 40383-9740

Paychex
13400 Eastpoint Center Dr
Suite 145
Louisville, KY 40223-4160

Peter Pendergast
400 East Main Street
Aspen, CO 81611-2943

Pitney Bowes Global Serv Inc
PO Box 856390
Louisville, KY 40285-6390

~~Platinum Classic~~
~~Investments, Inc.~~
~~271 Plantation Rd.~~
~~Palm Beach, FL 33480-3412~~

Plumley Farms
9453 NW Hwy 27
Ocala, FL 34482-3823

Promotions Plus of Kentucky,
LLC d/b/a Team One
c/o Bobby Brassine, Reg. Agent
981 Primrose Ct.
Lexington, KY 40511-1232

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

R.C. Van Voorhees and
Elizabeth Steinbech
8520 NW 63rd St.
Ocala, FL 34482-2044

Rawton, Inc.
PO Box 1553
Lexington, KY 40588-1553

Reese Henry & Company, Inc.
400 E. Main Street
Aspen, CO 81611-2943

Robert Miller
9 Columbia Place
Parlin, NJ 08859-1003

Ron Marano
8276 NW 36 St.
Fort Lauderdale, FL 33351-6142

Ronald Treadway
4180 Millersburg Rd.
Gambier, OH 43022-9741

SMK Farms
401 Brookstown Rd.
Richmond, KY 40475-9222

~~SRS Racing Stables, LLC~~
~~11275 SE Farm Rd. 975~~
~~Humansville, MO 65674~~

Sadler, LLC
PO Box 882
Versailles, KY 40383-0882

Savana Run Farm
7075 Shana's Trail
Port Saint Lucie, FL 34952-2711

| | | |
|---|---|---|
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shady Nook Farm<br>1375 Rose Lane<br>Versailles, KY 40383-9760 | Ellen McCoy Sharp<br>Frost Brown Todd LLC<br>250 West Main Street<br>Suite 2800<br>Lexington, KY 40507-1714 |
| Shirk & Mejia, LLP<br>Attorneys at Law<br>115 South State Street<br>Ephrata, PA 17522-2412 | Shirley McQuillan<br>Touchstone Farm Associates<br>3527 Pisgah Pike<br>Versailles, KY 40383-9757 | Simon Yu<br>50 Seacrest CT<br>Half Moon Bay, CA 94019-4220 |
| Southern Style Sales<br>c/o Heather Larson<br>PO Box 1304<br>Hudson, NY 12534-0316 | Staples Credit Plan<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Steve Watkins<br>479 Stringtown Rd.<br>Paris, KY 40361-9341 |
| Stone Wall Acquisition, LLC<br>4730 Montgomery Road<br>Cincinnati, Ohio 45212-2610 | Stone Wall Acquisition, LLC<br>c/o Ellen M Sharp<br>Lexington Financial Center<br>250 West Main Street, Ste 2800<br>Lexington, KY 40507-1714 | Stone Wall Farm Stallions IV, LLC<br>3204 Midway Road<br>Versailles, KY 40383-9740 |
| Stone Wall Farm Stallions XI, LLC<br>3204 Midway Road<br>Versailles, KY 40383-9740 | Stone Wall Farm Stallions, LLC<br>3204 Midway Road<br>Versailles, KY 40383-9740 | Stone*Wall Farm Stallions LL<br>3024 Midway Rd<br>Versailles, KY 40383 |
| Stonereath Farms<br>PO Box 610<br>Paris, KY 40362-0610 | Sunbelt Rentals, Inc.<br>c/o CT Corporation System,<br>as Registered Agent<br>4169 Westport Rd.<br>Louisville, KY 40207-2747 | Tara Helman<br>13651 US Hwy 301<br>Citra, FL 32113-4058 |
| Taylor Made Sales<br>2765 Union Mill Road<br>Nicholasville, KY 40356-9697 | ~~The Covert Inc.~~<br>~~10575 NW 75th Terrace~~<br>~~Ocala, FL 34482~~ | The Elkstone Group<br>11 Summit Lane<br>Wilmington, DE 19807-2159 |
| The Farm Clinic, Inc.<br>932 Robinson Street<br>West Lafayette, IN 47906-2766 | The Jockey Club Information<br>821 Corporate Drive<br>Lexington, KY 40503-2794 | Thomas Croley<br>3133 SW 32nd Ave.<br>Ocala, FL 34474-4446 |
| Thoroughbred Times<br>PO Box 8237<br>Lexington, KY 40533-8237 | Thorp Reed<br>301 Grant St, 14th Floor<br>Pittsburgh, PA 15219-1408 | Thorp, Reed & Armstrong, LLP<br>301 Grant St, 14th Floor<br>Pittsburgh, PA 15219-1408 |
| Tom Evans<br>3065 Lexington Rd.<br>Versailles, KY 40383-1838 | Tom Haughey<br>201 Colhurst Dr.<br>Charlottesville, VA 22901-2010 | Tony Guida<br>4600 Old Sligo Rd<br>La Grange, KY 40031-8524 |

| | | |
|---|---|---|
| Tractor Supply Company<br>PO Box 689020<br>Des Moines, IA 50368-9020 | True Nicks<br>3101 Beaumont Centre Cir.<br>Lexington, KY 40513-1961 | U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-3235 |
| US Treasury<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220-0001 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee<br>c/o Elena Escamilla<br>135 W. Central Blvd., Ste. 620<br>Orlando, FL 32801-2440 |
| United States Trustee - JAX 11<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | United States Trustee - JAX 11<br>135 W Central Blvd, Suite 62<br>Orlando, FL 32801-2430 | Wendy Christ<br>9050 Southeast 7th Ave.<br>Ocala, FL 34480-7202 |
| Werk Thoroughbred<br>Consultants, Inc.<br>PO Box 1926<br>Fremont, CA 94538-0192 | Wicklife Veterinary Pharmacy<br>148-150 Jefferson Street<br>Lexington, KY 40508-1749 | Willow Rock Stables<br>28 Sage Lane<br>Glenmont, NY 12077-2964 |
| Woodford County Clerk<br>103 South Main Street<br>Versailles, KY 40383-1298 | Woodford Excavation<br>PO Box 122<br>Versailles, KY 40383-0122 | Zimmerman Farms, LLC<br>1999 North Geneva Rd<br>Provo, UT 84601-7280 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chrysler Financial Services Americas LLC<br>Trustee Lockbox<br>P.O. Box 9001897<br>Louisville, KY 40290-1897 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bluewater Sales, LLC | (u)Jerry A. Funk<br>Jacksonville | (d)Jacqueline E Ferris<br>Burr & Forman LLP<br>450 S Orange Avenue<br>CNL Tower 1, Suite 200<br>Orlando, FL 32801-3383 |
| (u)Richard Haisfield<br>725 North Lake Way<br>Palm Beach, F | (u)Stone Wall Acquisition, LLC | (d)Stone Wall Acquisition, LLC<br>4730 Montgomery Road<br>Cincinnati, Ohio 45212-2610 |

(d)Stone*Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383-9740

(d)Stone*Wall Farm Stallions XI, LLC
3204 Midway Road
Versailles, KY 40383-9740

End of Label Matrix
Mailable recipients    164
Bypassed recipients      8
Total                  172